1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**NORTHERN DISTRICT OF CALIFORNIA**

6
7
8

**BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.,**

CASE NO.  17-cv-05826-YGR

**ORDER TO SHOW CAUSE**

9

Plaintiffs**,**

10

vs.

11

**JML ENGINEERING & CONSTRUCTION, INC.,**

12
13

Defendant**.**

14          Counsel for defendant in the above-entitled matter having failed to appear at the case

15 management conference on February 26, 2018, and lead plaintiffs' counsel having appeared at that

16 proceeding in compliance with the Court's orders,

17          THE COURT hereby issues an **ORDER TO SHOW CAUSE** why defendant should not

18 be ordered to reimburse plaintiffs $500 for failure of counsel to appear at the case management

19 conference.  Defendant may file an explanation no later than **Thursday, March 8, 2018**.  A

20 hearing on this order to show cause shall be held on **Monday, March 19, 2018,** on the 2:00 p.m.

21 calendar, United States Courthouse, 1301 Clay Street, Oakland, California.

22

23          **IT IS SO ORDERED.**

24

25 Dated: February 27, 2018

26          _____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

27
28