United States District Court
Northern District of California

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JML ENGINEERING & CONSTRUCTION, INC.,**<br><br>Defendant. | CASE NO. 17-cv-05826-YGR<br><br>**ORDER IMPOSING SANCTIONS AGAINST DEFENDANT; REQUIRING PARTIES TO EXCHANGE INFORMATION; SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. Nos. 27-30 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

On February 26, 2018, counsel for defendant failed to appear at the case management conference held in the above-captioned matter. (Dkt No. 27.) By contrast, plaintiffs' lead counsel appeared at the case management conference. (*Id.*) Accordingly, this Court issued an order to show cause as to why "defendant should not be ordered to reimburse plaintiffs $500 for failure of counsel to appear at the case management conference proceeding in compliance with the Court's orders." (Dkt. No. 28.) The Court further scheduled a case management conference and hearing on the Court's order to show cause for March 19, 2018, at 3:00 p.m. (*Id.*) Counsel for defendant filed a response to this Court's order to show cause on March 8, 2018, which indicated that on February 26, 2018, counsel had been "attending a meeting to make funeral arrangements for the passing of a close family member" and "lost track of the duration of the meeting" as a result of the "emotional nature of the meeting." (Dkt. No. 29 ¶ 5.)

On March 19, 2018, at 1:53 p.m., counsel for defendant notified the Court via e-mail that he "failed to schedule a courtcall [sic] appearance and need[s] to request authorization from you to appear via phone conference for this afternoon's hearing." Counsel for defendant once again failed to appear at the case management conference and hearing on this Court's order to show cause held on March 19, 2018, at 3:00 p.m. Plaintiffs' lead counsel was again present at the case management conference and hearing.

In light of defense counsel's repeated failures to follow this Court's prior orders requiring personal attendance at the case management conference and hearing on order to show cause, the Court **SANCTIONS** defendant and **ORDERS** defendant to "reimburse plaintiffs $500 for failure of counsel to appear at the case management conference." (Dkt. No. 27.)

Further, having reviewed the parties' joint case management statement, (Dkt. No. 30), the Court **ORDERS** (i) plaintiffs to provide defendant with sample calculations of how plaintiffs calculated liquidated damages and interest on contributions which plaintiffs allege are due and owing, and (ii) defendant to provide plaintiffs with a list of employees whom defendant claims should not have been identified by plaintiffs' audit, the scope of work for such employees, and supporting documentation, by **March 30, 2018**. Thereafter, the parties should meet and confer to resolve this matter expeditiously.

Finally, the Court **SETS** a compliance hearing in this matter for **Friday, April 27, 2018** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a joint statement which (i) confirms that the simultaneous exchange of information has been completed as described in this order, (ii) provides an update with regard to the status of the parties' settlement negotiations, (iii), presents the parties' joint plan for resolution of this matter including timing; and (iv) verifies that defense counsel has reimburse plaintiffs $500 for failure of counsel to appear at the case management conference or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: March 21, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**